UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| OPERATING ENGINEERS LOCAL #49 HEALTH AND WELFARE FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, LOCAL #49 INTERNATIONAL UNION OF OPERATING ENGINEERS AND ASSOCIATED GENERAL CONTRACTORS OF MINNESOTA APPRENTICESHIP AND TRAINING PROGRAM AND THEIR TRUSTEES, | Civil No. 08-4819 (JRT/FLN)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |
| Plaintiffs, | |
| v. | |
| ENGINEERED CONCRETE PLACER OF MINNESOTA, INC., ENGINEERED CONCRETE PLACER OF MINNESOTA D/B/A E-CON-PLACER, INC., AND RICHARD L. TOUSIGNANT, INDIVIDUALLY, | |
| Defendants. | |

_____

Amy Court and Carl Wosmek, **MCGRANN, SHEA, ANDERSON, CARNIVAL, STRAUGHN & LAMB, CHTD**, 800 Nicollet Mall, Suite 2600, Minneapolis, MN 55402, for plaintiffs.

Corie Tarara and Gregory Peters, **SEATON BECK & PETERS, PA**, 7300 Metro Boulevard, Suite 500, Minneapolis, MN 55439, for defendants.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 34], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims shall be dismissed in their entirety with prejudice, on the merits, and without costs, attorneys' fees, or disbursements to either party.


DATED: June 15, 2009
at Minneapolis, Minnesota.                                    s/John R. Tunheim
                                                                    JOHN R. TUNHEIM
                                                                 United States District Judge